IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE, INDIANA

| | |
|---|---|
| LOUIS PRINCE | ) |
|       **Plaintiff,** | ) |
|     v. | )   CASE NO. |
| FORT WAYNE HEALTHCARE GROUP, LLC d/b/a GREY STONE HEALTH & REHABILITATION CENTER | ) |
|       **Defendant.** | ) |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff, name-above, complains of act and omissions by the Defendant. In support of his Complaint and as cause of action against the Defendant, Plaintiff respectfully submits the following:

**JURISDICTION**

1. This suit is authorized and instituted pursuant to 42 U.S.C. § 1981.

**PARTIES**

2. Plaintiff is an African American male and at all relevant times he resided in the Northern District of Indiana.

3. Defendant is a Corporation in the State of Indiana in the Northern District of Indiana.

**FACTS**

4. Plaintiff began working with Defendant in October 2020 as a Certified Nursing Assistant.

5. Plaintiff performed his job well.

6. Plaintiff was cleared to work in the same facility as his wife when he transferred to Defendant.

7. On December 29, 2020, Plaintiff was terminated and told that his termination was due to him and his wife working in the same facility, and that family members are not permitted to work together per Defendant's policy.

8. Plaintiff then offered to change his schedule so that he would not have contact with his wife at work, but he was told that did not matter.

9. However, other employees, a Caucasian mother and daughter, were allowed to work together at the same location with Defendant and were not terminated.

10. Plaintiff was terminated due to his race.

## COUNT I

11. Plaintiff incorporates by reference paragraphs 1-10.

12. Defendant, as a result of terminating Plaintiff due to his race, violated 42 U.S.C. § 1981.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court grant the following relief:

A. Award Plaintiff back pay, and benefits lost;

B. Award Plaintiff compensatory damages for future pecuniary loss, emotional pain and suffering, inconvenience, mental anguish and loss of enjoyment of life;

C. Award Plaintiff punitive damages;

D. Award Plaintiff liquidated damages;

E.  Award Plaintiff her cost in this action and reasonable attorney fees;

F.  Grant Plaintiff any other relief which is allowable under the circumstances of this case.

Respectfully submitted,

/s/Melissa Broaddus_____
Melissa Broaddus, #36638-29
Attorney for Plaintiff

### REQUEST FOR JURY TRIAL

Comes now the Plaintiff and requests that this cause be tried by a jury.

Respectfully submitted,

/s/Melissa Broaddus_____
Melissa Broaddus #36638-29
Attorney for Plaintiff

Amber K. Boyd Attorney at Law
8510 Evergreen Avenue
Indianapolis, IN 46240
(317) 210-3416