UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| LOUIS PRINCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:23-cv-00147-HAB-SLC |
| ) | |
| FORT WAYNE HEALTHCARE GROUP, ) | |
| LLC, doing business as Grey Stone Health ) | |
| & Rehabilitation Center, ) | |
| ) | |
| Defendant. ) | |

**OPINION AND ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff Louis Prince, who is African American, filed this case against his former employer, Defendant Fort Wayne Healthcare Group, LLC, doing business as Grey Stone Health & Rehabilitation Center ("Grey Stone"), on April 5, 2023, alleging that Grey Stone discriminated against him because of his race when it terminated his employment, in violation of 42 U.S.C. § 1981. (ECF No. 1). Along with its answer, Grey Stone moved to Dismiss or, in the Alternative, Stay the Proceedings and Compel Arbitration, along with supporting materials. (ECF No. 10, 10-1 to 10-6). Plaintiff did not file a response, leaving the motion unopposed.

On July 31, 2023, the undersigned referred the motion to Magistrate Judge Susan Collins, pursuant to 28 U.S.C. § 636(b) and Northern District of Indiana Local Rule 72-1, for a report and recommendation (R & R). (ECF No. 13). On December 28, 2023, the Magistrate Judge entered her R & R wherein she recommended that the Court grant the motion to dismiss and dismiss the case. The parties had fourteen days after being served with a copy of the R & R to file written objections with the Clerk of Court. No objections to the R & R have been filed.

1

The undersigned has reviewed the Magistrate Judge's R & R and the conclusions therein that the parties entered into a valid arbitration agreement that covers the claims in the present lawsuit. The Court finds this determination by the Magistrate Judge to be a thorough and legally sound recommendation. The R & R is APPROVED AND ADOPTED. (ECF No. 14).

In accordance with the recommendations in the R & R, the Grey Stone's Motion to Dismiss or Compel Arbitration (ECF No. 10) is GRANTED.

SO ORDERED on January 22, 2024.

                                            s/ *Holly A. Brady*  
                                            JUDGE HOLLY A. BRADY  
                                            UNITED STATES DISTRICT COURT